UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PETER CUMMINGS

VERSUS

NINETEENTH JUDICIAL
DISTRICT COURT

CIVIL ACTION

NO. 12-1558

SECTION "F" (5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Peter Cummings's petition for issuance of a Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is transferred to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this _____ day of _July_____, 2012.

_____
UNITED STATES DISTRICT JUDGE